IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | |
| ) | 1:18-cv-05714-WMR |
| MOREHOUSE COLLEGE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT MOREHOUSE COLLEGE'S *DAUBERT* MOTION
TO EXCLUDE THE TESTIMONY AND OPINIONS OF
PLAINTIFF'S TITLE IX EXPERT CHARLES HUEBER, Ed.D.**

COMES NOW Defendant Morehouse College ("Morehouse" or the "College"), and hereby moves this Court to exclude the testimony and opinions of Plaintiff John Doe's ("Plaintiff") proffered Title IX expert Charles Hueber, Ed.D. ("Dr. Hueber"), showing this Court as follows:

Dr. Hueber's opinions, as expressed in his Expert Report and deposition testimony, do not satisfy Federal Rule of Evidence 702 or the Eleventh Circuit's requirements for expert testimony. His testimony is not reliable and will not assist the trier of fact. Dr. Hueber's opinions do not have a sound basis and, in some cases, are not the proper subject of expert testimony.

By his testimony, Dr. Hueber is impermissibly attempting to usurp the functions of the judge and jury, not only by providing instruction on Title IX, but also by applying the facts of the case to his understanding of Title IX's legal framework. Additionally, his knowledge and experience do not qualify him to competently testify regarding the topics for which Plaintiff offers him as an expert, including the College's alleged violations of Title IX. For these reasons, Plaintiff cannot meet his burden to prove that Dr. Hueber's testimony is admissible. *See Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 592-593 (1993).

In support of this Motion, Morehouse contemporaneously files its Brief in support hereof and the following Exhibits:

Exhibit A) Dr. Charles Hueber's Expert Report (Deposition of Dr. Charles Hueber ("Hueber Dep.") Ex. 5, Sept. 24, 2020);

Exhibit B) Excerpts from the Deposition of Dr. Charles Hueber (Sept. 24, 2020);

Exhibit C) Dr. Charles Hueber's *Curriculum Vitae* (Hueber Dep. Ex. 3);

Exhibit D) U.S. Department of Education Press Release – Department of Education Issues New Interim Guidance on Campus Sexual Misconduct; and

Exhibit E)   Currently Published Version of the Department of Education's 2011 Dear Colleague Letter.

**WHEREFORE**, Defendant Morehouse College respectfully requests that this Court **GRANT** its Motion to Exclude the Testimony and Opinions of Plaintiff's Title IX Expert Charles Hueber, Ed.D. and exclude the testimony of Dr. Hueber from being used in this case as a matter of law.

This 16th day of December, 2020.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

s/ Joshua I. Bosin
Joshua I. Bosin
Georgia Bar No. 143054
John M. Hamrick
Georgia Bar No. 322079
Juliana O. Nwafor
Georgia Bar No. 140608

Regions Plaza, Suite 1800
1180 West Peachtree Street
Atlanta, Georgia  30309
Telephone:  (404) 817-8500
Facsimile:   (404) 881-0470
E-Mail:  joshua.bosin@hklaw.com
E-Mail:  john.hamrick@hklaw.com
E-Mail:  juliana.nwafor@hklaw.com

4

                                      Counsel for Defendant
                                      Morehouse College

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE NO.** |
| v. ) | |
| ) | **1:18-cv-05714-WMR** |
| **MOREHOUSE COLLEGE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served a true and correct copy of the within and foregoing **DEFENDANT MOREHOUSE COLLEGE'S *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS OF PLAINTIFF'S TITLE IX EXPERT CHARLES HUEBER, Ed.D.** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following Counsel of Record:

R. Cade Parian, Esq.
Parian Injury Law, LLC
One Atlantic Center, Suite 2342
1201 West Peachtree Street
Atlanta, Georgia  30309
Telephone:  (404) 795-5035
Facsimile:  (404) 953-7020
E-Mail:  cade@westgalawyer.com

Lindsay Anne Cordes, Esq.
(admitted *pro hac vice*)
Tad Thomas, Esq.
(admitted *pro hac vice*)
Thomas Law Offices
9418 North Commons Blvd., Suite 200
Louisville, Kentucky  40059
Telephone:  (877) 955-7001
Facsimile:   (502) 791-8352
E-Mail:  lindsay.cordes@thomaslawoffices.com
E-Mail:  tad@thomaslawoffices.com


This 16th day of December, 2020.

        s/ Joshua I. Bosin
        Joshua I. Bosin
        Georgia Bar No. 143054